UNITED STATES DISTRICT COURT 
SOUTHERN DISTRICT OF NEW YORK 
rn ee □□ nner sews ee eens ees sense xX 
JONATHAN CARDENAS OROZCO, on behalf: 
of himself and other similarly situated, : 
 Plaintiff, : ORDER 
Vv. : 21 CV 1902, (VB) ene any nneperennennne □□ 
 USDC SONY
CWS AMSTERDAM AVE, INC., CWS ) OCUMENT
YONKERS, INC., CWS YONKERS 2, INC., | ELECTRONICALLY FILED 
AHMED AMIN, TONY DE DESISSO, and MD _: { [ROC 4s . □ 
R CHOWDHURY, : pate rien ty DO [ai 
 Defendants. : eame SLSR ee □□□ 
 een ee ee enon nen nen neon sees ness sess seee===--X 
The Court has been advised that the parties have reached a settlement in principle in this 
FLSA case. 
By June 21, 2021, counsel shall submit an application for approval of the settlement, as 
required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). 
Dated: May 20, 2021 
White Plains, NY 
 SO ORDERED: 

 Vincent L. Briccetti 
 United States District Judge